**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 30, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00853-CV

---

## IN RE PLATINUM ENERGY SOLUTIONS, INC., L. CHARLES MONCLA JR., AND J. CLARKE LEGLER II, Relators

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
234th District Court
Harris County, Texas
Trial Court Cause No. 2012-30972**

---

## MEMORANDUM OPINION

On September 27, 2013, relators Platinum Energy Solutions, Inc., L. Charles Moncla Jr., and J. Clarke Legler II filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Kyle Carter, ancillary judge, Harris County, to vacate his September 27, 2013 temporary restraining order.

Relators have not established their entitlement to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus and also deny relators' related motion for emergency consideration of emergency petition for writ of mandamus.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Boyce and Jamison.